IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Mandriez R. Spivey, | ) | |
| | ) | Civil Action No. 2:14-3012-TMC |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| USP Beaumont, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner Mandriez R. Spivey is a federal prisoner currently incarcerated at the United States Penitentiary in Beaumont, Texas, seeking habeas corpus relief pursuant to 28 U.S.C. § 2241. In accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02, D.S.C., this matter was referred to a magistrate judge for pretrial handling. Before the court is the magistrate judge's Report and Recommendation ("Report"), recommending that the instant case be transferred to the United States District Court for the Eastern District of Texas. (ECF No. 6). Petitioner timely objected to the Report. (ECF No. 8).

The Report has no presumptive weight and the responsibility to make a final determination in this matter remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). The court need not conduct a de novo review when a party makes only "general and conclusory objections that do not direct the court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). In that case, the court reviews the Report only for clear error. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

The court has thoroughly reviewed the Report, Petitioner's objections, and the record in this case and finds no reason to deviate from the Report's recommended disposition.

Accordingly, the court adopts the Report (ECF No. 6) and incorporates it herein.  It is therefore **ORDERED** that the instant action be transferred to the United States District Court for the Eastern District of Texas.

    **IT IS SO ORDERED.**

s/Timothy M. Cain<br>
United States District Judge

October 7, 2014<br>
Anderson, South Carolina